IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston

**THOMAS DARRELL ADKINS**,

    Plaintiff,

v.                                                                               Civil Action No. 2:12-cv-03783
                                                                             Judge Goodwin

**E. R. ROBINETT, A. ROBINETT,**
**JOHN DOE I**, and **JOHN DOE II**,
individually as members of the West Virginia State Police,

    Defendants.

## JOINT ORDER DISMISSING A. ROBINETT

On this day came the parties and announced to the Court that Plaintiff agreed to voluntarily dismiss A. (Adam) Robinett from the instant lawsuit without A. Robinett or any other entity making a payment on his behalf. Plaintiff notes that upon reviewing a photograph of A. Robinett, Plaintiff had no evidence that A. Robinett engaged in any of the conduct alleged against him, and therefore voluntarily dismissed A. Robinett. The parties further represent to the Court that each party will bear its own costs related to the claim against A. Robinett. For the reasons set forth herein, A. Robinett is DISMISSED, with prejudice, from the instant matter.

ENTERED this the _____ day of _____, 2014.

_____
The Honorable Joseph R. Goodwin, Judge

Prepared by:

/s/ Michael D. Mullins
Michael D. Mullins
**STEPTOE & JOHNSON PLLC**
Chase Tower, 8th Floor
P.O. Box 1588
Charleston, West Virginia 25326-1588
(304) 353-8000

Approved by:


/s/ Lonnie C. Simmons
Lonnie C. Simmons (W.Va. I.D. No. 3406)
Rudolph L. DiTrapano (W.Va. I.D. No. 1024)
Elizabeth G. Kavitz (W.Va. I.D. No. 10348)
**DiTRAPANO, BARRETT & DiPIERO,
McGINLEY & SIMMONS PLLC**
P.O. Box 1631
Charleston, West Virginia 25326-1631
(304) 342-0133